1  ZELDES HAEGGQUIST & ECK, LLP
   ALREEN HAEGGQUIST (221858)
2  alreenh@zhlaw.com
   HELEN I. ZELDES (220051)
3  helenz@zhlaw.com
   AARON M. OLSEN (259923)
4  aarono@zhlaw.com
   625 Broadway, Suite 1000
5  San Diego, CA  92101
   Telephone: (619) 342-8000
6  Facsimile: (619) 342-7878

7  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SEAN SEWARD,<br><br>11         Plaintiff,<br><br>12     v.<br><br>13  AT&T MOBILITY SERVICES,<br>14  LLC, a Delaware Limited Liability<br>    Company; and DOES 1-10, Jointly<br>15  and Severally,<br><br>16         Defendant.<br>17 | Case No.: 3:12-CV-00979-H-RBB<br><br>JOINT NOTICE OF MOTION AND MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE<br><br>Judge:     Honorable Marilyn L. Huff<br>Courtroom: 15A<br><br>Action Filed: April 19, 2012 |

1  Plaintiff Sean Seward and Defendant AT&T Mobility Services, LLC (collectively referred to as the "Parties"), by and through their undersigned attorneys, hereby notify the Court of their settlement of this case subject to and conditioned on the relief sought herein. Specifically, the Parties respectfully request entry of an order providing:

1. For approval of the settlement of the action as negotiated between the Parties as set forth in the Parties' settlement agreement; and

2. Dismissal of this action with prejudice, with the Court reserving jurisdiction to enforce the settlement agreement.

## APPROVAL OF THE SETTLEMENT AGREEMENT

This case involves claims for overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. §§201, *et seq.* ("FLSA"). The case involves numerous contested issues of fact and law concerning the Plaintiff's claims. Defendant denies and disputes liability, damages entitlement and calculations, and the timeliness of all or part of many of Plaintiff's claims.

More generally, this case finds its genesis in *Zivali v. AT&T Mobility LLC*, a nationwide FLSA "off the clock" collective action that was litigated in the Southern District of New York. *See Zivali v. AT&T Mobility, LLC*, 784 F. Supp. 2d 456 (S.D.N.Y. 2011). There, the parties zealously litigated certification and merits issues for more than two years. On May 11, 2011, Judge Rakoff decertified the action and dismissed the opt-in plaintiffs without prejudice. *Id.* at 470. The plaintiff in this case is a *Zivali* opt-in plaintiff.

Plaintiff in this case through his undersigned counsel, and Defendant through its authorized representative and counsel of record, have reached a confidential settlement of this matter, as discussed in the settlement agreement. At all relevant times in this action, the Plaintiff has been represented by the undersigned attorney and has had the benefit of their counsel and advice.

The Parties' confidential settlement agreement reflects a reasonable compromise of the parties' many disputed issues. The agreement fairly and reasonably compromises and takes into account each party's interest, benefits, and rights, pursuant to the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

The principal reason for the confidentiality obligations associated with this settlement agreement is to prevent any one case – which presents inherently individualized claims – from creating unrealistic or false expectations on the part of the hundreds of other former *Zivali* plaintiffs whose cases are pending around the country. Such expectations could make it more difficult to efficiently resolve those cases, whether by litigation or settlement.

The settlement agreement is, however, conditioned on the Court's approval of the settlement and subsequent dismissal of this action with prejudice. Therefore, the Parties request that the Court review the settlement agreement, which has been provided to the Court as part of an application to seal the document and maintain its confidentiality.

**SETTLEMENT PROCESS AND TERMS**

The Parties reached a settlement of this action after conducting discovery on Plaintiff's claims and Defendant's defenses. Such discovery included written interrogatories, document requests, and requests for admissions. Defendant provided Plaintiff with Plaintiff's employment records, including time records, personnel file, company policies, and training materials. The Parties, through their respective counsel, met and conferred numerous times regarding discovery requests and responses and the possibility of settlement.

After the Parties had an opportunity to assess the provided discovery, the Parties began to engage in settlement negotiations. The settlement was reached after several months of negotiations and represents an arms-length agreement between the Parties. The settlement resolves Plaintiff's claims under the Fair

Labor Standards Act, and provides a release of any claims relating to Plaintiff's employment with AT&T Mobility Services, LLC. The Parties agree that the settlement is fair and represents an equitable settlement of Plaintiff's claims.

## DISMISSAL OF THE LITIGATION

Finally, the Parties request that the Court dismiss the action upon approval of the settlement agreement. A proposed order is submitted under separate cover for the Court's convenience for: (1) approval of the settlement agreement; and (2) dismissal of the litigation.

## CONCLUSION

The Parties hereby respectfully move for approval of the settlement and for entry of order dismissing this action with prejudice.

Respectfully submitted,

Dated: June 11, 2013

ZELDES HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
HELEN I. ZELDES (220051)
AARON M. OLSEN (259923)

By:      /Alreen Haeggquist
         ALREEN HAEGGQUIST

625 Broadway, Suite 1000
San Diego, CA  92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff

Dated: June 11, 2013

CROWELL & MORING LLP
WENDY SUGG (223335)

By:      /Wendy Sugg
         WENDY SUGG

3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: (949) 798-1369
Facsimile: (949) 263-8414
wsugg@crowell.com

1  
2  
3  
4  

CROWELL & MORING LLP  
S. SHANE SAGHEB (109878)  
515 S. Flower Street, 40th Floor  
Los Angeles, CA  90071-2258  
Telephone: (213) 622-4750  
Facsimile: (213) 622-2690  
ssagheb@crowell.com  

5  Attorneys for Defendant

6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

ZELDES HAEGGQUIST & ECK, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2013.

          s/Alreen Haeggquist
          ALREEN HAEGGQUIST

ZELDES HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
625 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
alreenh@zhlaw.com